1 | GEOFFREY A. HANSEN
Acting Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant TORRES-CARDOZO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,          )   No. CR 11-00946 EJD
                                    )
            Plaintiff,              )   [PROPOSED] ORDER TO CONTINUE
                                    )   STATUS HEARING
vs.                                 )
                                    )
CIPRIANO TORRES-CARDOZO,            )
                                    )
            Defendant.              )
_____ )

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, May 14, 2012, may be continued to Monday, June 4, 2012, at 1:30 p.m.

It is further ordered that 21 days shall be excluded from the time within which trial shall commence, as the reasonable time necessary for continuity and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: May  8 , 2012

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order to Continue Status Hearing
CR 11-00946 EJD                                  1